**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alberto Anguiano, | Case No.: 2:22-cv-01284-JAD-NJK |
| Plaintiff | |
| v. | **Order Directing Payment of Filing Fee** |
| United States Inc., et al, | |
| Defendants | |

On August 11, 2022, Alberto Anguiano filed his complaint and tendered a personal check for $402.00 to satisfy the filing fee. That check was returned unpaid by the bank. Accordingly, IT IS HEREBY ORDERED that Anguiano has until September 30, 2022, to repay the filing fee of $402.00 plus a $53.00 returned check fee, for a total of $455.00, by a cashier's check or money order made payable to the "Clerk's Office – United States District Court." Failure to do so may result in the dismissal of this action without further prior notice.

DATED: August 31, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE